**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 285 MAL 2018
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
RICKY RIDELL WASHINGTON, :
:
        Petitioner :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.